■ In the Matter of GLOBE INDEMNITY COMPANY, Respondent, v LUZ MONTALVO, Respondent, and THERESA KOHLMAN, Appellant. [601 NYS2d 841] —Appeal by Theresa Kohlman from an order of the Supreme Court, Queens County (Kassoff, J.), dated May 23, 1991, which denied her application to dismiss the petition.

Ordered that the order is affirmed, with costs to the petitioner-respondent, for the reasons stated by Justice Kassoff at the Supreme Court. Mangano, P. J., Rosenblatt, Lawrence, Copertino and Joy, JJ., concur.